John L. Krieger, Esq.
Nevada Bar No. 6023
**DICKINSON WRIGHT PLLC**
jkrieger@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Phone: (702) 550-4400
Fax: 844-670-6009

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>v.<br><br>Shen Zhen Shi Wu Qing Cheng Technology Ltd. dba JuicyPod, an unknown Chinese entity doing business out of San Mateo, California.<br><br>Defendant. | Case No. 2:22-cv-00205-JCM-VCF<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff BBK Tobacco & Foods, LLP, d/b/a HBI International ("BBK") and Defendant Shen Zhen Shi Wu Qing Cheng Technology Ltd. dba JuicyPod, by and through their respective counsel, seek an additional thirty (30) days in which Defendant may file its response to the Amended Complaint in this case. Based upon the date of service, Defendant's current deadline to file its response to the Amended Complaint runs on Tuesday, September 6, 2022. The Parties are engaged in discussions regarding possible resolution and settlement of this matter. In order to continue those discussions, the Parties have agreed to allow Defendant up to and including **Thursday, October 6, 2022**, in which to file its response.

/ / /

/ / /

/ / /



1

This request is brought for good cause to enable the Parties sufficient time to explore a resolution of the case, and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 31 day of August, 2022.                    DATED this 31 day of August, 2022.

**DICKINSON WRIGHT PLLC**                              **MOORE IP LAW**

*/s/ John L. Krieger*                                  */s/ Steven Moore*
John L. Krieger, Esq.                                  Steven Moore, Esq.
Nevada Bar No. 6023                                    California Bar No. 232114
Email: jkrieger@dickinsonwright.com                    Email: steve@mooreiplaw.net
3883 Howard Hughes Parkway, Suite 800                  4321 Balboa Avenue, Suite 404
Las Vegas, Nevada 89169-0965                           San Diego, California 92117
Tel:     702-550-4400                                  Tel:     706-807-8651
Fax:     844-670-6009

*Attorneys for Plaintiff*                              *Attorney for Defendant*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:          September 19, 2022



2