**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
*Attorneys for Defendants Shen Zhen Shi*
*Wu Qing Cheng Technology, Ltd. Dba JuicyPod,*
*an unknown Chinese entity doing business out of San Mateo, California*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>                         Plaintiff,<br><br>     vs.<br><br>Shen Zhen Shi Wu Qing Cheng Technology, Ltd. Dba JuicyPod, an unknown Chinese entity doing business out of San Mateo, California,<br><br>                    Defendants. | Case Number:<br>2:22-cv-00205-JCM-VCF<br><br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>(SECOND REQUEST) |

Defendant Shen Zhen Shi Wu Qing Cheng Technology Ltd. dba JuicyPod ("JuicyPod") and Plaintiff BBK Tobacco & Foods, LLP, d/b/a HBI International ("BBK"), by and through their respective counsel, seek an additional thirty (30) days in which Defendant may file its response to the Amended Complaint in this case. On August 31, 2022, the Parties stipulated to extend Defendant's September 6, 2022 deadline to file its response to the Amended Complaint. On September 19, 2022, the Court granted the Parties Stipulation and ordered Defendant's response extended to October 6, 2022. The Parties are engaged in discussions regarding possible resolution and settlement of this matter. In order to continue those discussions, the Parties have agreed to allow Defendant up to and including **Monday, November 7, 2022**, in which to file its response.

This request is brought for good cause to enable the Parties sufficient time to explore a resolution of the case, and not for the purpose of delay.

MAC:17097-001 4864717_1

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**IT IS SO AGREED AND STIPULATED:**

DATED this 6th day of October, 2022

DATED this 6th day of October, 2022

**MARQUIS AURBACH**

**DICKINSON WRIGHT PLLC**

___/s/ Brian R. Hardy___
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
*Attorneys for Defendant*

___/s/ John L. Krieger___
John L. Krieger, Esq.
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Telephone: (702) 550-4400
Facsimile: (844) 670-6009
jkrieger@dickinsonwright.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: 10-17-2022

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 2 of 2

MAC:17097-001 4864717_1