# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International, | 2:22-cv-00205-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| Shen Zhen Shi Wu Qing Cheng Technology, Ltd. Dba JuicyPod, an unknown Chinese entity doing business out of San Mateo, California, | |
| Defendant(s). | |

Before the court is *BBK Tobacco & Foods, LLP v. Shen Zhen Shi Wu Qing Cheng Technology, Ltd.*, case number 2:22-cv-00205-JCM-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before January 20, 2023.

DATED this 10th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE