# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

|  |  |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International, | 2:22-cv-00205-JCM-VCF |
| Plaintiff(s), | **ORDER** |
| v. | |
| Shen Zhen Shi Wu Qing Cheng Technology, Ltd. Dba JuicyPod, an unknown Chinese entity doing business out of San Mateo, California, | |
| Defendant(s). | |

Before the Court is the motion to withdraw as counsel for defendant (ECF NO. 17).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to withdraw as counsel for defendant (ECF NO. 17), is scheduled for 10:00 AM, February 6, 2023, in Courtroom 3D, third floor, Lloyd D. George Federal Courthouse, United States District Court, 333 Las Vegas Blvd, S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that an officer, director, or managing agent for Shen Zhen Shi Wu Qing Cheng Technology Ltd. must attend the scheduled hearing.

IT IS FURTHER ORDERED that Brian R. Hardy, Esq. must inform his client of the scheduled hearing on February 6, 2023; and mail/email Kevin Sheng and an officer, director, or managing agent of Shen Zhen Shi Wu Qing Cheng Technology Ltd. dba JuicyPod, a copy of this order.

DATED this 17th day of January 2023.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE