# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,

Plaintiff(s),

v.

Shen Zhen Shi Wu Qing Cheng Technology, Ltd. Dba JuicyPod, an unknown Chinese entity doing business out of San Mateo, California,

Defendant(s).

2:22-cv-00205-JCM-VCF

**ORDER**

Before the Court is *BBK Tobacco & Foods, LLP v. Shen Zhen Shi Wu Qing Cheng Technology, Ltd.*, case number 2:22-cv-00205-JCM-VCF.

The court ordered the parties to file a discovery plan and scheduling order by January 20, 2023. ECF No. 16.  To date, no discovery plan and scheduling order has been filed.

Accordingly,

IT IS HEREBY ORDERED that a discovery status hearing is added to the hearing scheduled for 10:00 AM, February 6, 2023, in Courtroom 3D.

DATED this 24th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1