**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP, | Case No. 2:22-CV-205 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SHEN ZHEN SHI WU QING CHENG TECHNOLOGY, LTD., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Cam Ferenbach's report and recommendation ("R&R"). (ECF No. 25). He recommends that default be entered against defendant Shin Zhen Shi Wu Qing Cheng Technology Ltd. for failure to maintain counsel and obey court orders. Specifically, he notes that defendant has failed to appear for a hearing and has failed to retain counsel in contravention of a court order. (*Id.*) He recommends that default be entered against defendant and in favor of plaintiff BBK Tobacco & Foods, LLP. (*Id.*)

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (emphasis in original)).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Ferenbach's R&R (ECF No. 25) be, and the same hereby is, ADOPTED, in full.

1  IT IS FURTHER ORDERED that DEFAULT be entered against defendant Shin Zhen Shi Wu Qing Cheng Technology Ltd.

DATED March 30, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -