AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BBK Tobacco & Foods, LLP

        Plaintiff,

v.

Shen Zhen Shi Wu Qing Cheng Technology Ltd. doing business as JuicyPod

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00205-JCM-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that DEFAULT JUDGMENT is entered in favor of Plaintiff, BBK Tobacco & Foods, LLP, and against Defendant, JuicyPod, for claims as follows:

1. Willfully infringing BBK's registered trademark rights to the BBK Family of JUICY® Marks, in violation of 15 U.S.C. § 1114.
2. Willfully infringing BBK's trademark rights to the JUICY®, and JUCCYPOD® Products, which constitutes a false designation of origin.
3. Willfully infringing BBK's common law trademark rights and engaging in unfair competition in Nevada.
4. Post-judgment interest shall be allowed as authorized by law until the judgment is satisfied.
5. The Court awards fees in the amount of Fifty Thousand Four Hundred Eighty Dollars and Thirty Cents ($50,480.30) and costs in the amount of Five Hundred Eighty Nine Dollars and 80 Cents ($589.80).

| | |
|---|---|
| 11/6/23 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ C. Harrington |
| | Deputy Clerk |